Peter M.K. Frost (OSB #911843)
Western Environmental Law Center
1216 Lincoln Street
Eugene, Oregon
Tel: 541-359-3238
Fax: 541-485-2457
Email: frost@westernlaw.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| MCKENZIE FLYFISHERS, STEAMBOATERS,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRUCE MCINTOSH, SCOTT PATTERSON, OREGON DEPARTMENT OF FISH AND WILDLIFE,<br><br>    Defendants. | Case No.: 6:13-cv-02125-TC<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PROPOSED AMICI CURIAE'S MOTION** |

Plaintiffs McKenzie Flyfishers et al. hereby respectfully file this motion asking the Court to allow it an extension of time, up to and including February 2, 2015, to respond to the motion of the Northwest Sportfishing Industry et al. to participate in this case as amici curiae. Plaintiffs make this motion to ensure they have sufficient time to respond to both State Defendants' and proposed amici curiae's pending motions. Counsel for Plaintiffs has conferred with counsel for State Defendants and counsel for prospective amici curiae, and they do not oppose this motion.

Date: January 10, 2015.                Respectfully submitted,

                                       /s/ Peter M.K. Frost
                                       Peter M.K. Frost